**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T.D.P., an individual, | ) | |
| | ) | CIVIL ACTION NO.: 2:22-cv-3837 |
| Plaintiff, | ) | |
| | ) | JUDGE ALGENON L. MARBLEY |
| v. | ) | |
| | ) | MAGISTRATE JUDGE KIMBERLY A. |
| CHOICE HOTELS INTERNATIONAL, INC. | ) | JOLSON |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated April 21, 2026, Plaintiff and Defendant Choice Hotels International ("Choice" and, together, the "Parties"), submit this Joint Status Report in advance of the April 30, 2026 in-person conference. The Parties met and conferred on April 22, 2026. Sara Turner will attend the conference on behalf of Choice and Steven Babin will attend the conference on behalf of Plaintiff.

**I.      Common Issues among the TVPRA Cases filed in this Court**

The Parties agree that there are common legal issues among the TVPRA cases, including certain elements of Plaintiff's claims and some of Choice's affirmative defenses. However, the cases are highly individualized, with case-specific legal issues and unique facts. Choice maintains that each case is separate and distinct with respect to those issues and also involve different properties, plaintiffs, witnesses, alleged traffickers, and alleged ventures that impact discovery and defense of the cases.

With respect to Choice, the allegations in this case involve an alleged venture and alleged conduct taking place entirely outside of Ohio and therefore implicate issues related to personal

jurisdiction, venue, and choice of law insofar as this Court retains jurisdiction. These issues are further impacted by whether the plaintiff in a particular case was a minor at the time of the alleged trafficking. Choice participates in this hearing in good faith, but does not waive or intend to waive any defense, including the defense of personal jurisdiction. *See, e.g.*, *N.R. v. Southfield Hotel, LLC*, Case No. 2:25-cv-486-ALM-KAJ, ECF No. 93 (S.D. Ohio).

Choice also points to the procedural history with respect to the TVPRA cases pending before this Court as instructive as it relates to the possible need for individualized hearings on certain issues pertaining to Choice.[1] This is so, in part, because each case pending against Choice involves a hotel that was individually owned and operated by a franchisee, giving rise to individualized issues and potentially sensitive information governed by the protective orders in each case. That being said, Choice recognizes the authority of this Court to "promote efficiency and avoid inconsistent rulings."

## II.     Parties Categorization or Grouping of the TVPRA Cases file in this Court

The cases have been grouped into tranches for purposes of case schedules based on the date of filing and the Plaintiff's counsel involved. This may be a somewhat helpful categorization when considering the process of the case, however, based upon the movement of the cases and some of the later filed cases are further along than the earlier filed cases.

Plaintiff also internally groups cases by the Corporate Brand Hotel Defendant:  Wyndham, Choice, G6, Red Roof, Best Western, and IHG. Each of those defendants has national counsel who have worked with Babin Law on cases across the country for several years. The third categorization is adult or minor

---

[1] *See, e.g.*, *In re: Hotel Indus. Sex Trafficking Litig.*, 433 F. Supp. 3d 1353, 1356–57 (J.P.M.L. 2020); *In re: Hotel Indus. Sex Trafficking Litig. (No. II)*, 730 F. Supp. 3d 1360, 1363 (J.P.M.L. 2024); *T.D.P. v. Choice Hotels International, Inc.*, Case No. 2:22-cv-03837-ALM-KAJ, ECF No. 41, at 4, 7 (S.D. Ohio Apr. 21, 2024).

victim.

Defendant Choice does not group cases in this manner and each of the cases pending with respect to Choice involve entirely separate independently owned and operated hotels located across the country, pertaining to different Plaintiffs, and individually alleged ventures.

### III.    Summary of the Discovery Conducted to Date

Plaintiff and Choice have propounded and responded to written discovery to each other and are working on resolving any outstanding alleged deficiencies. Choice took the deposition of Plaintiff on April 27, 2026, which Choice reserved the right to resume after the production of additional outstanding discovery from Plaintiff.

### IV.    Summary of Anticipated Discovery Remaining

Plaintiff has expressed her intent to depose a corporate representative of Choice. The parties are otherwise working in good faith to complete any remaining document productions. The parties intend to seek a limited extension of the discovery deadline in this case of 90 days in order to complete the remaining discovery.

### V.    Pending Motions

There are no currently pending motions in this matter. The parties anticipate seeking a limited extension of the discovery deadline in this case of 90 days in order to complete the remaining discovery.

### VI.    Readiness of the Case for Mediation and/or Previous Mediation Attempts

3

Plaintiff and Choice believe that mediation would not be fruitful at this juncture. Additionally, Choice states that, to the extent there is any mediation in the future, it should include both the franchisee(s) and any franchisee carrier(s), given indemnity and additional insured provisions.

**VII.    Agenda Items for In-Person Conference on April 30, 2026**

The parties do not have any agenda items for the in-person conference on April 30, 2026.

**DATED: April 27, 2026**

Respectfully submitted,

**/s/ Steven C. Babin, Jr.**
Steven C. Babin, Jr. (0093584)
Penny L. Barrick (0074110)
Babin Law, LLC
10 W. Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
steven.babin@babinlaws.com
penny.barrick@babinlaws.com

*Attorneys for the Plaintiff*

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis (#0076181)
(Trial Attorney)
**UB GREENSFELDER LLP**
312 Walnut St., Suite 1400
Cincinnati, Ohio 45202
(513) 698-5058
jheis@ubglaw.com

*/s/ Sara M. Turner*
Sara M. Turner (admitted *pro hac*)

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
(205) 250-8316
smturner@bakerdonelson.com

*Attorneys for Defendant Choice Hotels International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel of record.

*/s/ Penny L. Barrick*
Penny L. Barrick (0074110)